In the Matter of the Accounting of JAMES W. EGAN, as Executor of HANNAH E. MURPHY, Deceased, Appellant.

JOHN MURPHY, Respondent.

*Decedent's estate — partition — Surrogate's Court — partition of real property of decedent — proceeds of sale paid to county treasurer — when surrogate without authority to direct payment of entire amount to executor.*

*Matter of Murphy*, 197 App. Div. 139, affirmed.

(Argued November 21, 1921; decided December 6, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1921, which reversed, so far as appealed from, an order of the Onondaga County Surrogate's Court directing the county treasurer of said county to pay over to the executor herein the proceeds of a sale of real property of Hannah E. Murphy, deceased, deposited with said county treasurer pursuant to a final judgment in an action of partition. The Appellate Division held that the surrogate had no authority to direct payment of the entire amount to the executor where the debts of the decedent did not amount to that sum.

*George W. O'Brien* for appellant.

*John P. Hennessey* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.